McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:02-cr-00048-MCE |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING INDICTMENT |
| v. | ) | |
| | ) | |
| GENARO ARO ARTEAGA, aka Temo, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the above-captioned Superseding Indictment, filed May 2, 2002, against defendant GENARO ARO ARTEAGA, aka Temo.

///
///
///
///
///
///
///

1

1   This motion is made pursuant to the provisions of Rule 48(a)
2   of the Federal Rules of Criminal Procedure

3   DATED:_____          McGREGOR W. SCOTT
4                                   United States Attorney

6                                   By_____
                                      MARY L. GRAD
7                                   Assistant U.S. Attorney

10                        O R D E R

12      It is ordered that the above-captioned Indictment be and is
13   hereby dismissed without prejudice against GENARO ARO ARTEAGA,
14   aka Temo.

16   DATED: April 13, 2006

                                    _____
19                                  MORRISON C. ENGLAND, JR
20                                  UNITED STATES DISTRICT JUDGE

2